CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
September 29, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **RONALD ALLEN ROBINS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26CV00674 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **MAJOR CHAD KILGORE, et al.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

*Ronald Allen Robins, Pro Se Plaintiff.*

The plaintiff filed this action under 42 U.S.C. § 1983, alleging that jail officials violated his constitutional rights by failing to provide dinner trays one evening. Following Robins's submission of the Complaint, on August 26, 2026, the court entered an Order conditionally filing the civil action pending satisfaction of certain requirements to be completed within thirty days. By the same Order, Robins was directed to notify the court in writing immediately upon his transfer or release from his facility and provide a new address. He was warned that failure to notify the court of an address change would result in dismissal of the case.

The Clerk mailed the August 26, 2026, Order to the address Robins provided on his Complaint; however, the mailing was returned to the court on September 10, 2026. The returned mailing included a stamp stating, "Return To Sender NOT AT THIS FACILITY" and indicated that there was no forwarding address. Mail Ret.,

Dkt. No. 4. To date, no further correspondence has been received from Robins, and his deadline to comply with the court's August 26, 2026, Order has elapsed.

Without a current mailing address, the court cannot communicate with Robins regarding next steps in the litigation and the matter is prevented from proceeding. Accordingly, the court concludes that Robins may have lost interest in prosecuting this action and will, therefore, dismiss it without prejudice. *See Burrell v. Shirley*, 142 F.4th 239, 249 (4th Cir. 2025) (providing that Federal Rule of Civil Procedure 41(b) provides an explicit basis for courts to dismiss a case for failure to prosecute or comply with court orders).

For these reasons, the Complaint will be dismissed without prejudice, and a separate Judgment will be entered.

ENTER: September 29, 2026

/s/ JAMES P. JONES
Senior United States District Judge